FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

David F. Poehler

v.  **04-30192-MAP**

John E. Potter, Postmaster General, USPS

FILING FEE PAID:
RECEIPT # 305740
AMOUNT $ 150.00
BY DPTY CLK MK
DATE 9/27/04

**COMPLAINT**

**Parties**

1. The plaintiff is a resident of Springfield, Hampden County, Massachusetts and a citizen of the United States.

2. Defendant is a resident of Washington, D.C. and a citizen of the United States.

**Jurisdiction**

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

**Facts**

5. On June 25, 2004, I received a "Notice of Final Decision" from Robert S. Hylen, Manager, EEO Compliance & Appeals. I am not satisfied with his decision and wish to file a civil action for damages.

6. The USPS unlawfully discriminated against me based on physical and mental disabilities caused initially by unfair and retaliatory actions against me.

7. I received a notice from Administrative Law Judge Kathleen M. Clarke, dtd 8/23/04, in accordance with 29 C.F.R. Sec. 1614.109 (g) (3), and stating that "there may be no material facts in dispute and that it may therefore be appropriate to issue a decision without a hearing."

8. The ALJ, in her Notice, has set forth twenty-three (23) un-numbered material

facts which, she concludes, are not in dispute. The Notice also sets forth applicable law for granting a decision without a hearing, citing applicable law relevant to the moving and non-moving parties. The notice further sets forth applicable substantive law for "determining disparate treatment," "determining disability discrimination" and "determining retaliation".
The Notice sets forth four (4) counts of discrimination based upon retaliation And states the inclusion, in count 4 of discrimination based upon mental and physical disability.

9. See attachment.

10. **WHEREFORE,** the Plaintiff demands judgement against the defendant for all rights and damages to which I am entitled to by law and/or regulation.

11. The Plaintiff demands a trial by jury.

*/s/ David F. Poehler*

Name: David F. Poehler

Address: 61 Rest Way

Springfield, Massachusetts
01119

Tel. 413-783-6251