# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

**David F. Poehler**

v.

John E. Potter

**APPEARANCE**

Case Number: 04CV30192-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Defendant, John E. Potter, as Postmaster General.

I certify that I am admitted to practice in this court.

November 30, 2004
Date

Signature

KAREN L. GOODWIN          549398
Print Name                Bar Number

1550 Main Street
Address

Springfield          MA    01103
City                 State       Zip Code

(413) 785-0235       (413) 785-0394
Phone Number                      Fax Number