```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                                    |                                |
|------------------------------------|--------------------------------|
| DAVID F. POEHLER,                  |                                |
|     Plaintiff,                     |                                |
|     v.                             | Civil Action No. 04-30192-MAP  |
| JOHN E. POTTER,                    |                                |
| as Postmaster General,             |                                |
|     Defendant.                     |                                |

**MOTION TO RESCHEDULE CONFERENCE**
**Assented to**

The defendant, John E. Potter, Postmaster General, moves to extend the initial scheduling conference (now set for January 21, 2005) until after February 18, 2005, for the following reasons: (1) the defendant's counsel begins a five-week trial on January 18, 2005; and (2) the pro se plaintiff is in the process of seeking legal representation.

The undersigned Assistant U.S. Attorney certifies that she conferred with the pro se plaintiff and he assents to the motion.

                                    Respectfully submitted,

                                    JOHN E. POTTER
                                    Postmaster General,

                                    By his attorney,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                               By:  /s/Karen L. Goodwin
                                    Karen L. Goodwin
                                    Assistant U.S. Attorney
                                    1550 Main Street, Room 310
Dated: January 12, 2005             Springfield, MA  01103

CERTIFICATION

    This is to certify that a copy of the foregoing was mailed this date, postage prepaid to David F. Poehler, 61 Rest Way, Springfield, MA 01119.

                                     /s/Karen L. Goodwin
                                     KAREN L. GOODWIN