# United States District Court
## District of Massachusetts

| | |
|---|---|
| DAVID F. POEHLER<br>PLAINTIFF | |
| v. | CIVIL ACTION NO. 04-30192-MAP |
| JOHN E. POTTER, POSTMASTER<br>GENERAL, USPS<br>DEFENDANT | |

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the plaintiff in the above-captioned case and respectfully requests, through his counsel, that this honorable court continue the Scheduling Conference currently scheduled for February 24, 2005 at 2:00 to for rescheduling to March 18, 2005 at 10:00 A.M.

As grounds therefore, counsel states that he recently appeared in the case and has a scheduling conflict with a previously scheduled matter in Superior Court in Northampton at the same date and time.

Counsel for the defendant has been consulted and does not object to this continuance.

Respectfully submitted,

Dated:

Edward M. Pikula, Esq.
BBO#399770
O'CONNOR, MARTINELLI, CULLINAN & PIKULA
1391 Main Street – Suite 1022
Springfield, Massachusetts 01103
Telephone:  (413) 781-5311
Telefax:    (413) 746-2707

**CERTIFICATE OF SERVICE**
I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to: Karen L. Goodwin, United States Attorney's Office, 1550 Main Street, Springfield, MA 01103

Edward M. Pikula, Esq.      Date:

# United States District Court
# District of Massachusetts

DAVID F. POEHLER
    PLAINTIFF

v.

JOHN E. POTTER, POSTMASTER GENERAL, USPS
    DEFENDANT

CIVIL ACTION NO. 04-30192-MAP

## APPEARANCE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Plaintiff, DAVID F. POEHLER.

Dated:

Respectfully submitted,

_____
Edward M. Pikula, Esq.
BBO#399770
O'CONNOR, MARTINELLI, CULLINAN & PIKULA
1391 Main Street – Suite 1022
Springfield, Massachusetts 01103
Telephone:  (413) 781-5311
Telefax:  (413) 746-2707

## CERTIFICATE OF SERVICE

I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to:

Karen L. Goodwin
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0269
Fax: 413-785-0394
Email: karen.goodwin@usdoj.gov

_____
Edward M. Pikula, Esq.    Date: