# United States District Court
# District of Massachusetts

| | |
|---|---|
| **DAVID F. POEHLER** <br> PLAINTIFF | |
| v. | CIVIL ACTION NO. 04-30192-MAP |
| **JOHN E. POTTER, POSTMASTER GENERAL, USPS** <br> DEFENDANT | |

## APPEARANCE

To The Clerk Of This court and all parties of record:

    Please enter my appearance as counsel in this case for the Plaintiff, DAVID F. POEHLER.

Dated:

                                Respectfully submitted,

                                Edward M. Pikula, Esq. <br>
                                BBO#399770 <br>
                                O'CONNOR, MARTINELLI, CULLINAN & PIKULA <br>
                                1391 Main Street – Suite 1022 <br>
                                Springfield, Massachusetts 01103 <br>
                                Telephone:   (413) 781-5311 <br>
                                Telefax:      (413) 746-2707

## CERTIFICATE OF SERVICE

I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to:

Karen L. Goodwin <br>
United States Attorney's Office <br>
1550 Main Street <br>
Springfield, MA 01103 <br>
413-785-0269 <br>
Fax: 413-785-0394 <br>
Email: karen.goodwin@usdoj.gov

                                Edward M. Pikula, Esq.      Date: