```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


DAVID F. POEHLER,              )
          Plaintiff            )
                               )
v.                             )  NO. 04cv30192-MAP
                               )
JOHN E. POTTER, Postmaster     )
General,                       )
          Defendant            )
```

## JOINT STATEMENT

This is an employment discrimination case brought under Title VII of the Civil Rights Act of 1964.  The plaintiff alleges disability discrimination and retaliation.  The defendant denies the allegations.

    A.   <u>Automatic Disclosures</u>

The parties will exchange by March 31, 2005, the information required by Fed. R. Civ. P. 26(a)(1).

    B.   <u>Discovery Plan</u>

Discovery will be required on liability and damages.  Expert discovery is not anticipated and phased discovery is not appropriate.

    1.   All interrogatories and requests for production are to be served by May 15, 2005.

    2.   All depositions should be completed by October 15, 2005.

    C.   <u>Other Matters</u>

    1.   Dispositive motions, if any, are to be filed by November 15, 2005.

2. The plaintiff anticipates filing an additional claim, which he will seek to consolidate with the instant lawsuit.

3. Trial of this matter should take one week.

4. The parties' certification will be filed separately.

Respectfully submitted,

| THE PLAINTIFF | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|
| By:<br>/s/Edward Pikula/KLG<br>EDWARD PIKULA<br>O'Connor, Martinelli<br>  Cohn & Pikula<br>1391 Main Street<br>Springfield, MA 01103 | By:<br>/s/Karen L. Goodwin<br>KAREN L. GOODWIN<br>Assistant U.S. Attorney<br>1550 Main Street<br>Springfield, MA 01103<br>(413) 785-0235 |

Dated: March 16, 2005