UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID F. POEHLER,<br>        Plaintiff<br><br>   v.<br><br><br>JOHN E. POTTER, Postmaster<br>General,<br>        Defendant | )<br>)<br>)<br>)    Civil Action No.  04-30192-MAP<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER
March 29, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by March 31, 2005.

2. All written discovery shall be served by June 15, 2005.

3. Non-expert depositions shall be completed by October 15, 2005.

4. Counsel shall appear for a case management conference on October 21, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge