UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POEHLER, | ) |
| Plaintiff, | ) |
| v. | ) No. 04CV30192-MAP |
| JOHN E. POTTER, as Postmaster General | ) |
| Respondent. | ) |

### DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The defendant, John E. Potter, Postmaster General, hereby certifies pursuant to L.R. 16.1(D)(3), that he has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THE DEFENDANT, JOHN E. POTTER

BY: *Anna V. Crawford*
Anna V. Crawford
Attorney
United States Postal Service
Northeast Area Law Office
Windsor, CT 06006

BY: *Karen L. Goodwin*
Karen L. Goodwin
Assistant U.S. Attorney
1550 Main Street
Springfield, MA