# United States District Court
# District of Massachusetts

DAVID F. POEHLER
      PLAINTIFF

v.                           CIVIL ACTION NO. 04-30192-MAP

JOHN E. POTTER, POSTMASTER
GENERAL, USPS
      DEFENDANT

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, Edward M. Pikula, and David F. Poehler and in accordance Local Rule 16.1(D)(3) hereby certify that we have conferred regarding establishing a budget for the costs of conducting this litigation and regarding the use of alternative dispute resolution programs.

Signed under the penalties of perjury this 8th day of April, 2005.

Respectfully submitted,

PLAINTIFF

_____
David F. Poehler

ATTORNEY FOR PLAINTIFF

_____
Edward M. Pikula, Esq.
BBO#399770
O'CONNOR, MARTINELLI, CULLINAN &
PIKULA
1391 Main Street – Suite 1022
Springfield, Massachusetts 01103
Telephone:   (413) 781-5311
Telefax:   (413) 746-2707

**CERTIFICATE OF SERVICE**
I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to:
Karen L. Goodwin
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0269
Fax: 413-785-0394
Email: karen.goodwin@usdoj.gov
Edward M. Pikula, Esq.   Date: 4/8/05