UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID F. POEHLER,<br>       Plaintiff<br><br>v.<br><br>JOHN E. POTTER, Postmaster<br>General,<br>       Defendant | Civil Action No. 04-30192-MAP |

REVISED SCHEDULING ORDER
October 17, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's motion for extension of time (Document No. 13) and revises the schedule as follows:

1. Plaintiff shall respond to Defendant's discovery requests no later than October 27, 2005.

2. Non-expert depositions shall be completed by November 30, 2005.

3. Counsel shall appear for a case management conference on December 7, 2005, at 1:00 p.m. in Courtroom Three. The October 21, 2005 conference is hereby cancelled.

IT IS SO ORDERED.

                                                              /s/ Kenneth P. Neiman
                                                              KENNETH P. NEIMAN
                                                              U.S. Magistrate Judge