UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 OCT 27  P 5: 31

DAVID F. POEHLER, )
)
Plaintiff, )
)
v. )   Civil Action No. 04-30192-MAP
)
JOHN E. POTTER, )
as Postmaster General, )
)
Defendant. )

## UNITED STATES MOTION TO EXTEND TIME
(Assented to)

The Defendant, United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend the date set for the Case Management Conference of December 7, 2005 until December 8, 2005. As grounds for this motion, the undersigned states that she has oral argument in the First Circuit Court of Appeals on December 7, 2005.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the plaintiff's attorney and he assents to this motion.

WHEREFORE, the defendant respectfully requests that the

Case Management Conference be moved to December 8, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422
(413) 785-0269

DATED: October 27, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Edward Pikula
1391 Main Street
Springfield, MA 01103

This 27th day of October, 2005

/s/ Karen L. Goodwin
KAREN L. GOODWIN
ASSISTANT UNITED STATES ATTORNEY

2