UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID POEHLER,              )
       Plaintiff        )
                            )
v.                          )   Civil Action No.  04-30192-MAP
                            )
                            )
JOHN E. POTTER, Postmaster General)
       Defendant       )

FURTHER SCHEDULING ORDER
December 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff will provide his medical records to Defendant by December 30, 2005.

2. Plaintiff's deposition shall be completed by January 31, 2006.

3. Defendant shall file his dispositive motion by March 15, 2006, or inform the court in writing by that date that no such motion will be filed.

4. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by March 31, 2006.

IT IS SO ORDERED.

                                           /s/ Kenneth P. Neiman
                                           KENNETH P. NEIMAN
                                           U.S. Magistrate Judge