1

1 - 64

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID F. POEHLER, | ) |
|     Plaintiff, | ) DOCKET NO. |
| -v- | ) 04CV30254-MAP |
| | ) 04CV30192-MAP |
| UNITED STATES Postal Service, | ) |
|     Defendant. | ) |

THE ORAL DEPOSITION OF DAVID F. POEHLER, held pursuant to Notice, and the applicable provisions of the Federal Rules of Civil Procedure, before Diana Strzemienski, a Court Reporter and Notary Public, within and for the Commonwealth of Massachusetts, at the offices of the United States Attorney, 1550 Main Street, Springfield, Massachusetts, on Monday, November 7, 2005, commencing at 10:31 a.m.



*APEX Reporting*
(617) 426-3077

1           P R O C E E D I N G S
2                                           (10:31 a.m.)
3      D A V I D   F.   P O E H L E R, having been sworn by a
4      Notary Public to tell the truth, the whole truth and
5      nothing but the truth, testified upon his oath as
6      follows:
7 EXAMINATION BY MS. GOODWIN:
8      Q    Good morning, Mr. Poehler. My name is Karen
9 Goodwin and I'm representing the Post Office in this case.
10 I'm going to ask you some questions this morning and if you
11 -- if my questions are unclear please let me know and I'll
12 try to rephrase them and make them more clear. And it's
13 just important that you give a verbal response because the
14 Court Reporter's taking it down by a tape-recording system
15 and won't know what a nod of the head means, or an "m-hm,"
16 could be either way.
17           Let me start off with some background questions.
18 Where are you currently working?
19      A    I am currently working at the Chicopee Annex Post
20 Office as an acting supervisor.
21      Q    And how long have you been doing that?
22      A    Since around June of this year.
23      Q    And what were you doing before that position?
24      A    I was acting as a supervisor at the Bulk Mail
25 Center.

6

1  Q    And how long were you -- in what capacity were you
2  an acting supervisor in the Bulk Mail Center?  What area
3  were you working in?
4  A    I was working the Far East, it's called the Far
5  East.
6  Q    Far East?
7  A    Yes.
8  Q    And in what department?  Who were you supervising?
9  A    I was supervising clerks and mail handlers.
10 Q    And who did you report to as an acting supervisor
11 at the BMC?
12 A    Jim Albano.
13 Q    And how long did you have that job, acting
14 supervisor at the BMC?
15 A    I've been doing it since last April of last year.
16 Q    April of '04?
17 A    '04.
18 Q    And as an acting supervisor in Chicopee who do you
19 report to?
20 A    I report to Mark Sales.  He's the MDO.
21 Q    What's MDO?
22 A    Manager of Service -- manager,
23 supervisor/director.
24 Q    So, the Chicopee Annex is not a -- it's not a
25 retail post office?

1    A    No.
2    Q    It's the annex of the Bulk Mail Center?
3    A    Yes.
4    Q    Who appointed you to the job of acting supervisor
5  in Chicopee?
6    A    Jim Barton who is -- he's the MDO.  At the time,
7  he was -- he was a -- he was acting as import -- plant
8  import support.  It's a term they use for -- it's a level
9  before the manager of all the BMC.
10   Q    So, he was under who?
11   A    He was under ---
12   Q    Was he under Mark Sales?
13   A    No, he was over Mark Sales.
14   Q    Was Mark Sales in the position that he's -- I
15 thought you indicated that Mark Sales was the MDO.
16   A    He's the MDO over at the annex.
17   Q    Okay.  So, Mark Sales is the MDO at the annex.
18   A    Annex.
19   Q    Jim Barton ---
20   A    Jim Barton was import supplant -- plant import.  I
21 always get those confused.  Plant import ---
22   Q    I'm not particular worried about the title.
23   A    Title.  Okay.
24   Q    Jim Barton, is he Mr. Sales' supervisor?
25   A    Not directly.  He's just -- in the chain of

8

1   command, he's -- he's up there with the bulk mail manager.
2       Q    And how did you go about getting the job as acting
3   supervisor in Chicopee?  Did you have to apply for that?
4       A    No.  Lee Kopecz, who is now semi-retired, asked me
5   last year if I would act for him, he was short supervisors,
6   and he knew I had been a supervisor for about 12 years
7   previously.
8       Q    And who -- before you became acting supervisor Far
9   East what were you doing?
10      A    I was a -- I had a bid in, a bundle sorter, clerk,
11  clerk job.
12      Q    What do you mean, you had a bid in?  I don't
13  understand what that is.
14      A    You qualify for a bid and then you have days off,
15  it goes according to your bid, you do a specific job.
16      Q    So, your job varies from day to day?
17      A    No, it's usually like I was assigned to a bundle
18  sorter and I key zip codes.
19      Q    And how long did you do that?
20      A    I did that for, to my recollection, about three
21  years.
22      Q    And who was your supervisor in that position?
23      A    Lee Kopecz.
24      Q    So, were you doing that in Chicopee?
25      A    No, I was doing that at the Bulk Mail Center in

*APEX Reporting*
(617) 426-3077

```
 1   Springfield.
 2        Q    Is that where Mr. Kopecz worked?
 3        A    Right.
 4        Q    And prior to working as a bundle sorter for about
 5   three years what were you doing?
 6        A    I was on Tour 1 as a bundle sorter and we lost our
 7   bids and went to Tour 3.
 8        Q    And Tour 1, when you were a Tour 1 bundle sorter
 9   ---
10        A    I was acting also on that tour.
11        Q    You were -- you were what?
12        A    Also acting as a supervisor on that tour.
13        Q    Okay.  Let me try to understand.  When did you
14   start working as a Tour 1 bundle sorter?
15        A    Oh, I believe, to my recollection, it was 2001.
16   Yeah, 2001.
17        Q    And you were a bundle sorter and an acting
18   supervisor on Tour 1?
19        A    Yeah, I was -- I had a bid as a bundle sorter.
20        Q    Okay.
21        A    Okay.  Clerk.  And then they approached me, wanted
22   me to act as a supervisor.
23        Q    Who approached you and wanted you to act as a
24   super ---
25        A    Al Hearn and Mark Sales.
```

10

1  Q   And how long did -- was that for the entire time
2  that you were on Tour 1 that you also acted as a supervisor?
3  A   Yes, for the most part.
4  Q   And then at some point you went over to Tour 3.
5  A   Three.
6  Q   And when did you go to Tour 3?
7  A   I went to Tour 3 in 2003, I believe.
8  Q   And were you still in that same position as a
9  bundle sorter?
10 A   Yes.
11 Q   Were you acting supervisor on Tour 3?
12 A   Not until last year, 2004.
13 Q   And that's when Mr. -- who -- Mr. Albano was the
14 -- who asked you to be the acting supervisor?
15 A   It was Lee Kopecz.
16 Q   Lee Kopecz.
17 A   And Jim Albano was like the -- his -- when he
18 wasn't -- his days off, he would be the boss.  They were
19 both MDOs.
20 Q   And before you went onto Tour 1 in 2001 as a
21 bundle sorter, what were you doing for the Post Office?
22 A   Say that again, ma'am?
23 Q   What were you doing prior to 2001, before taking
24 the position as a bundle sorter on Tour 1?
25 A   I was a clerk on Tour 1 from 1999 to 2001.  Then I

1  lost my job over there and went over to the bundle sorter.
2    Q    So, you -- from '99 to 2001 you were a clerk on
3  Tour 1.
4    A    Right.
5    Q    At the BMC?
6    A    Right. At the BMC.
7    Q    And who was your supervisor?
8    A    Mark Sales and Al Hearn.
9    Q    And are you currently married, Mr. Poehler?
10   A    No, I'm not.
11   Q    And have you ever been married?
12   A    Yes.
13   Q    When were you married? During what period of time
14 were you married?
15   A    1972 to 1982.
16   Q    And were you divorced in or around 1982?
17   A    Yes.
18   Q    And have you been married since?
19   A    No.
20   Q    Do you have any children?
21   A    Yes.
22   Q    How many children?
23   A    Five.
24   Q    And what are their ages?
25   A    Fifteen, 16, 29, 30 and 31.

1   Q   And do any of your children live with you?
2   A   Yes.
3   Q   Which children live with you?
4   A   My daughter Paige who is 16.
5   Q   And do you live with anyone else other than your
6   daughter Paige?
7   A   No.
8   Q   And what's your current address?
9   A   61 Rest Way, Springfield, Mass.
10  Q   And how -- could you spell that street?
11  A   R-e-s-t, W-a-y.
12  Q   I want to turn to your EEO complaints and I'd like
13  to begin with the complaint concerning being appointed or
14  applying for a supervisory position.  Before I pull the
15  complaint out, let me just back up a little bit.  At some
16  point -- when did you first start working for the Post
17  Office?
18  A   1978.
19  Q   And at some point you left the Post Office and
20  then returned to the Post Office; is that right?
21  A   Yes.
22  Q   When was it that you left the Post Office?
23  A   I left the Post Office in 1996 for about eight
24  months till 1997.  I believe it was December 1996 to August
25  of 1997.

```
 1      Q   And why did you leave the Post Office in December
 2   of '96?
 3      A   I had a -- I had a difference with my acting
 4   postmaster.
 5      Q   A difference.  Were you fired?
 6      A   No.  No.  I resigned.
 7      Q   Who was your acting supervisor who you had the
 8   difference with?
 9      A   Kathy Clark.  Kathleen Clark.
10      Q   Is that the same Kathleen Clarke who was the
11   Administrative Judge on your EEO complaints?
12      A   No.
13      Q   Thank goodness.  All right.  So, what were you
14   doing -- what was your job at the time right before you
15   left?
16      A   I was a supervisor.  I was a full fledged
17   supervisor, a Level 16.
18      Q   A supervisor where?
19      A   At the Springfield -- I'm sorry.  Chicopee main --
20   main office, Chicopee main office.
21      Q   The main office of the BMC or the Post Office?
22      A   No, the Chicopee -- the Chicopee Post Office.
23   There's two offices.  There's a, what they call center
24   office, which is a smaller one, which I was still in charge
25   of, and there was the main office on Main Street.
```

1  of the -- they have some condos up off Forest Park there.
2      Q   In Springfield?
3      A   Yeah.  There's a condo complex.  I'm trying to
4  think of the name.
5      Q   On Longhill Street?
6      A   Oh, no, way up.  It's almost close to the
7  East Longmeadow line.
8      Q   Okay.  So, you left the Post -- you resigned.
9      A   Right.
10     Q   You began working with this friend with the
11 restaurant, and what happened next in terms of your
12 employment?
13     A   Then I came -- I stopped with that.  I drove truck
14 for a little while for -- for a guy named Finkldey, that was
15 the name of his refuse, and then I came back to the Post
16 Office.
17     Q   And when did you come back to the Post Office?
18     A   I came back to the Post Office in August of '97.
19     Q   And what made you decide to come back to the Post
20 Office?
21     A   I didn't have any money, didn't have anything, so,
22 my ex -- well, my ex-girlfriend, she told me, why don't you
23 just call the Post Office up.  So, I said, I'll call them
24 up, and I talked to Bob Koestner, he was happy to hear from
25 me, and he asked me what I wanted to do.  I said, where do

```
 1  you need me?  He says, I need a good supervisor, why don't
 2  you come back.  So, I said okay.
 3       Q    And so, what capacity did you come back in?
 4       A    I came back as a clerk because they said that they
 5  were hiring from the outside and he didn't have the
 6  authority to make me a supervisor.
 7       Q    And a clerk where?
 8       A    At the BMC.
 9       Q    In Springfield?
10       A    Springfield BMC, yeah.
11       Q    And who was your supervisor?
12       A    When I went back there it was -- when I first went
13  back, oh, I'm just fatigued.  It will come to me.
14       Q    And ---
15       A    Al Hearn was the MDO and Mark Sales.
16       Q    What tour were you working?
17       A    I was working on Tour 3.
18       Q    So, this -- we're in August of '97, you're a clerk
19  at the BMC Tour 3 and you continue in that job until when?
20  Until 2001 when you became the bundle sorter?
21       A    Actually in -- when I first went back in '97 I was
22  a clerk.  They started to ask -- when they started asking me
23  to act around '98, and -- because I wanted to get out of
24  weekends.  They wouldn't give me weekends off.  And then
25  they said, well, act for us.  Al Hearn said, act for me,
```

26

1  dispute about another -- she was a female mail handler.  She
2  ended up getting a supervisory position without taking the
3  ASP program, that's what started the EEO complaints that
4  I -- I had.  They're telling me that -- Koestner said
5  anybody in the 010-011 zip code had to take the program, and
6  she didn't have to take the program.  She went to
7  Springfield, Vermont, and became a customer service
8  supervisor.
9      Q    Did you have a personal dispute with her?
10     A    No.  Never even knew her.
11     Q    Okay.  So, let me -- we're going to get to that,
12 that's your EEO complaint, which I'll show you in a moment.
13 But just in terms of what you were doing, in 1999 -- 1998
14 until sometime in 1999 you were the acting supervisor in the
15 Far East.
16     A    Far East.
17     Q    Something caused you to go back to being a clerk.
18 What caused you to go back to being a clerk in 1999?
19     A    What caused me to go back as a clerk is Mark Sales
20 and Al Hearn started getting rid of all the other
21 supervisors or acting supervisors, and slowly but surely I
22 was running the whole building, you know, I mean, which you
23 end up with like 80 mail handlers and 24 clerks, and that on
24 the overtime they'd call people on days off.  I was running
25 four or five areas, the docks, Sanvik sorter, the connector,

1   the bundle sorters, and that was it.  And I said, hey,
2   you've got to get me help, I just -- I just got fatigued.  I
3   said look, you ain't going to get me help, I can't keep
4   doing this.  So, finally I -- I just stepped down because it
5   was just too much.
6       Q   And when did you -- and how did you go about
7   stepping down?  Who did you see to in order to do that?
8       A   Al Hearn, I told him, I said I got to -- I can't
9   do this any more.
10      Q   And did he get somebody to take your place?
11      A   They had an ASP program going on at the time.
12  They weren't -- they weren't graduated.  It was a 12-week
13  program and nobody had graduated yet but they were coming on
14  the workroom floor and they wanted me to train these guys.
15      Q   Let me back up a little bit.
16      A   Okay.
17      Q   You tell Mr. Hearn that you can't work as a
18  supervisor any more in the Far East because the job is too
19  much for you.
20      A   Because -- right, they didn't give me any help,
21  you know, any staffing.
22      Q   So, then, what did you get assigned to do?
23      A   I went back to my bid job on the bundle sorter.
24      Q   And was that -- did you then go down from being a
25  16 to a five?

APEX Reporting
(617) 426-3077

1    A    Right.

2    Q    How much difference in pay was that?

3    A    Well, because I'm at my top step five, top step
4  five is 48, bottom step 16 is, I think, 42 now.  I'm trying
5  to remember how it works.  It's like -- it's not much
6  difference.

7    Q    There's not much difference between a five and 16?

8    A    As an actor, as an acting supervisor, okay,
9  because you get the lowest rate of a supervisor's pay.  If I
10 was a regular supervisor I'd be at -- I'd be at
11 sixty-four-five.  That would be -- Level 17 right now gets
12 64,500.

13   Q    Okay.  So, when you went down to being a clerk
14 that really didn't change your pay very much.

15   A    It changed my -- yeah, it didn't change my pay as
16 much, but as a supervisor I was more prone to get overtime.

17   Q    Okay.  And I was asking you, who took over
18 supervising the Far East when you stepped down to being the
19 bundle sorter?

20   A    I believe Al Hearn came over a few nights and
21 tried running it, and then the ASP, the associate
22 supervisors program, those people started to graduate and
23 they started to filter them in.

24   Q    Do you recall who the first person was who
25 filtered into that job?

*APEX Reporting*
(617) 426-3077

29

1     A    Frank Landry.

2     Q    Frank Landry?

3     A    Yeah. There's a lot of them. Trying to think who
4  the other ones were. One of them just passed away last
5  year. Frank was the one that was ---

6     Q    Was he the one immediate after -- immediately
7  after you?

8     A    Yeah. Yeah. He came over with about eight other
9  guys and they wanted me to train them. I says, hey, I'm
10 stepping down, I'm, you know, they're going to have to train
11 them.

12    Q    You had indicated that when you were working in
13 the Far East there were a number of other supervisors
14 working with you who they got rid of.

15    A    Right.

16    Q    Were these people acting supervisors as well?

17    A    Yes.

18    Q    Can you give me some of their names?

19    A    At the time, Donna Chatterton, okay, she used to
20 be Al Hearn's wife, now she's remarried, but she used to be
21 Donna Hearn. She was there. Kathy, I can't think of her
22 last name, she still works over there on days in the Far
23 East. And there was me, Donna, Kathy, I believe -- I
24 believe that was it.

25    Q    And were they all acting supervisors?

30

```
1    A    They were all -- they were all ---
2    Q    Frank, Donna and Kathy?
3    A    Yeah, they're all actors.  Actors.  Oh, and Donna
4  -- Donna Hearn or Donna Chatterton's daughter.  Her name
5  escapes me.  It's -- they're all -- there was four of us,
6  three women and myself.
7    Q    You all worked the same tour?
8    A    Yeah.  Yes.  You all had one area, all had -- one
9  had the bundle sorter, one had the connector, and one had
10 the Sanvik sorter.
11   Q    And they were reassigned during the time you were
12 working there ---
13   A    Yeah.
14   Q    --- to different positions.
15   A    Well, Mark Sales made it -- made it miserable for
16 them, so, one of them just start back to form and bid a day
17 job, and one of them just stepped down, said, I'm not doing
18 it any more, and then she finally resigned from the Post
19 Office, and Donna -- actually I believe Donna quit.  She
20 quit the Post Office and she came back and went over to the
21 Chicopee Annex.  That's where she's working -- working now.
22   Q    What about Frank?  What happened to him?
23   A    Frank Landry stayed there.  He was an ASP.  He
24 stayed there.
25   Q    He became -- he went into a training program?
```

1   A   Yeah, he went into that ---
2   Q   ASP program?
3   A   Yeah, he went into that associate supervisor
4   program, became a supervisor, and stayed over the Far East.
5   Q   I'm going to show you what we'll mark as
6   Exhibit 1.
7        THE COURT REPORTER:   Which case number?
8        MS. GOODWIN:   This -- I think what I'd like to do
9   is just -- is just have this deposition, if it's okay with
10  you, jointly captioned for both cases.
11       MR. PIKULA:   Yes, I agree.
12       MS. GOODWIN:   And then the -- everything will
13  apply to both cases.  Might make your life easier, too.
14                          (Complaint marked Poehler
15                           Deposition Exhibit No. 1.)
16  Q   (by Ms. Goodwin)  Showing you Exhibit 1, is that
17  the complaint that you filed relating to this issue of the
18  ASP program?
19  A   Yes.  Yup.  Yes.
20  Q   Now -- I'm sorry, I should have made a copy of it;
21  I'll have to look over your shoulder.  You found out
22  sometime in March that somebody named Suzanne Bowes was
23  promoted to be a supervisor without having -- without going
24  through the ASP program and you were told by Mr. Koestner
25  that you could not become a supervisor without going to the

32

```
 1  ASP program.  Is that the basis of your complaint?
 2       A    Well, he actually said anybody in the 010-011 zip
 3  code had to take the program.  That was his exact words.
 4       Q    And when did you have this conversation with
 5  Mr. Koestner?
 6       A    I don't remember the day, but I had it in his
 7  office.  Right after ---
 8       Q    If you don't remember the day can you tell me the
 9  year?
10       A    '99.
11       Q    So, sometime in 1999 you had a conversation with
12  Mr. Koestner about becoming ---
13       A    Oh, I'm sorry.  I apologize.  I believe that was
14  when I first came back in '97.
15       Q    So, 1997 you had a conversation with Mr. Koestner
16  about becoming a supervisor and he said you had to go
17  through this program because you were in a certain zip code;
18  is that correct
19       A    Yes.
20       Q    And did you apply to go to this program?
21       A    Yes.
22       Q    And what happened with that?
23       A    I told him I was going to apply for it and he told
24  me that they were hiring from the outside first.  He said,
25  we're going to hire from the outside postal people first,
```