33

1   then postal, we're going to go back and forth.  So, I says I

2   don't understand, why don't -- I've been a supervisor for

3   almost 12 years for you, I think I qualify before people on

4   the outside qualify.

5        Q    Who makes the decision about whether -- who do you

6   have to apply to to go to this ASP program?

7        A    It comes out in an order book and you just apply,

8   it was applied for, and that's what -- I finally applied for

9   after they went from the outside, the first batch of

10  supervisors that come out of there were from the outside the

11  Post Office.

12       Q    When did you apply to the program?

13       A    I applied the very next time they had it.

14       Q    What year was that?

15       A    I think it was in '98, my recollection.

16       Q    And were you admitted to the program?

17       A    I was admitted to the -- no, I was not admitted to

18  the program.  I took the test.

19       Q    How does it work?

20       A    You've got to take a test, it's like a three- or

21  four-hour test, and they told me I failed the test, and that

22  was -- that was the extent of it.  Everybody else got a

23  chance to do it again and, well, were called in the office,

24  and I got to be discouraged and I was the only one who

25  wasn't called in the office, I didn't understand why I

34

1    wasn't called in, so, I ---

2        Q    Who called people into the office?

3        A    All the MDOs.  Lee Kopecz at the time was -- was a

4    tour sup. over at the BMC, you know, he called people in the

5    office.  Mark Sales on his tour, Tour 1 which I work for, he

6    called people in the office and people on Tour 2.

7        Q    These are people who had failed the test?

8        A    These are people who had failed the test on their

9    -- on their tour that they worked and wanted to apply for

10   the ASP.  When they failed it they were asked not to be

11   discouraged, to take it again, you know, if they needed

12   help, you know, they were going to try to help them.

13       Q    And who are some of these individuals?

14       A    Let's see.  The last name is Mio, first name is

15   Fran, Fran Dimio, D-i-m-i-o, or something like that.

16   Fran Dimio was one of them.  I'm trying to think who some

17   other people were.  I didn't really know a lot of people

18   when I came back 'cause ---

19       Q    How did you find out that these individuals had

20   been asked to -- told that they could take the test again or

21   study for it to take it again?

22       A    I was told by -- by people in my area, I believe

23   Franny told me that they called her in the office at the

24   time and she said they asked me to do it again, I don't know

25   if I want to do it again, she said, but she ended up taking

35

1  it again and I believe she passed it the second time.

2  Wayne Hearn's son, he's the MDO, he was the MDO on Tour 1, I

3  believe, at some point, he's retired now -- his son took it

4  about eight times, seven or eight times, I heard.

5       Q    Did you seek to take it again?

6       A    I -- I didn't see it in the book the second time.

7       Q    Did you ask anybody about taking the test again?

8       A    Yeah.  Yes, I did.

9       Q    Who did you talk to about taking the test again?

10      A    I asked Jim Albano and Lee Kopecz when they were

11 going to come out with the next one and they weren't sure,

12 you know, there was a, well, we don't know when they're

13 going to come out with the next one, it just comes out

14 random, I guess.

15      Q    Did they make announcements when the test comes

16 out?

17      A    Actually, Paul DeRose, who took the exam, took the

18 ASP, he told me he got an E-mail to take it.  He said, a few

19 of us got E-mails.  I said, E-mails, it should be in a book,

20 and it wasn't posted in a book, they got E-mails.

21      Q    What's the book that you're talking about?

22      A    The book is the order book that everything, the

23 announcements come out, who's retired, who passed away, just

24 how they schedule.

25      Q    Were there any -- after you had taken the test and

APEX Reporting
(617) 426-3077

36

1   failed it, were there -- did you learn at any time that they

2   were offering the test again?

3        A    No, not right away.

4        Q    Did you learn at any time that they were offering

5   the test again, even if it wasn't right away?

6        A    To my recollection, no.

7        Q    So, you never learned about the ASP test being

8   taken again -- being offered again?

9        A    No.

10        Q    Although somebody told you that they had gotten an

11   E-mail?

12        A    Yes.  Paul DeRose.

13        Q    And did ---

14        A    That was just recently, I think, last year.

15        Q    And after he got the E-mail, after you heard about

16   that, did you ask anybody about taking -- about where you

17   could take the test?

18        A    No.

19        Q    Would it be fair to say that after failing the

20   test you have not actively sought to take the test, you have

21   not -- let me withdraw that question.  After you failed the

22   test you had a conversation with Jim Albano or Lee Kopecz at

23   some time afterwards asking about when they were going to

24   offer the test again and they were unsure, correct?

25        A    Correct.

37

1       Q     Other than that conversation with Mr. Albano and

2   Mr. Kopecz, have you made any efforts to find out when the

3   test is going to be offered and whether you can take it?

4               MR. PIKULA:  Objection.  You can answer.

5               MS. GOODWIN:  What's the basis of the objection?

6               MR. PIKULA:  Form.

7               MS. GOODWIN:  What's the problem with the form?

8   I'll fix it.

9               MR. PIKULA:  I think it's, you know, have you made

10  any effort?  I think it's overly broad.

11      Q     (by Ms. Goodwin)  Other than talking to Jim Albano

12  and Lee Kopecz sometime after you failed the test about when

13  the test was going to be offered again did you make any

14  other inquiries of anybody else as to when the test was

15  going to be offered again?

16      A     No, because they were my MDOs, those are my

17  immediate supervisors that I went to.  They should be

18  knowledgeable what tests are being given.

19      Q     And how many times did you talk to Mr. Kopecz

20  about when the test was going to be offered again?

21      A     Oh, it was a few times.  I couldn't tell you the

22  number offhand.

23      Q     Can you give me an estimate?  More than ten?

24      A     No.

25      Q     More than five?

APEX Reporting
(617) 426-3077

38

1       A     Yes.

2       Q     Somewhere between five and ten?

3       A     Yes.  Because he started asking me to act for him

4   and I said, well, maybe I should just take the -- try to

5   take the test again, and it wasn't available when I was

6   still at the BMC East.

7       Q     The test was not available.

8       A     No.

9       Q     Was it available to anybody?

10      A     No.  The last time I heard about the test was

11  Paul DeRose told me he got an E-mail.  I said, well, now

12  everybody's getting E-mails for this test or certain people?

13  Paul DeRose's father was retired, was the bulk mail manager

14  at one time.

15      Q     After you found out that Paul DeRose had gotten an

16  E-mail telling him about this test did you make any efforts

17  to find out about how you could take the test?

18      A     I assumed it was a selected few.  He said a few --

19  a few other people got E-mails.

20      Q     And other than talking to Paul DeRose about it,

21  did you talk to any supervisors about the test?

22      A     Yes, I talked to ---

23            MR. PIKULA:  Let her answer.

24      Q     (by Ms. Goodwin)  And I'm talking -- this was last

25  year, correct?

39

1     A    Yes.

2     Q    So, Paul DeRose indicates he gets an E-mail about

3  the test.  Who else did you talk to other than Paul DeRose

4  about the test last year?

5     A    Jim Albano.

6     Q    And what did Mr. Albano say to you?

7     A    He said he wasn't sure what they were doing, and I

8  said, well, if you find out, let me know.  He said okay.

9  That's as far as I believe it went.

10    Q    And did Mr. DeRose take the test, to your

11  knowledge?

12    A    Yes, he did.

13    Q    And so, after -- you spoke to Mr. Albano and then

14  you -- did you do anything else to find out about whether

15  you could take the test?

16    A    No.  I asked him to look into it for me.  I was

17  waiting for a reply from my MDO is what I was doing.

18    Q    And MDO being who?

19    A    Jim Albano.

20    Q    Okay.  So, going back to Exhibit 1 -- let me just

21  preface -- let me withdraw that question.

22         So, sometime in 1998 you took the test and you

23  failed the test for the ASP, correct?

24    A    Yes.

25    Q    And did anything else happen relating to trying to

42

1    the head of the ASP program at that time.  And she told me

2    the reason she got promoted is because she was working

3    outside a 50-mile radius of her home.  That was the answer I

4    got.

5        Q    And ---

6        A    And I said, well, the further you go from home the

7    higher you get?  You know.  I -- and I said, well, and I

8    asked her who -- also who corrects the ASP programs, is it

9    postal, is it private companies or what, and she says that

10   knowledge is classified.

11       Q    Who corrects the test, is -- that was your

12   question?

13       A    Right.

14       Q    So, other than having this conversation with

15   Bonnie Wilkinson ---

16       A    That's when I filed my EEOs.

17       Q    Then you filed your EEO complaint.

18       A    Yes.

19       Q    And what's the basis of this EEO complaint?  An

20   EEO -- let me withdraw that.  An EEO complaint alleges

21   discrimination, correct?

22       A    Yes.

23       Q    What's the basis of your claim that you were

24   discriminated against?

25       A    Section H.  She was a female, a lot younger than

48

```
 1        A    No, she wasn't.  I don't -- like I said, there's
 2   nine.  I don't know if they're all male.
 3        Q    Other than the fact that Sue Bowes is a young --
 4   younger woman, is there anything about her situation that
 5   leads you to believe that she got what -- she got that
 6   position because of her age and sex?
 7             MR. PIKULA:  Objection to form.
 8        Q    (by Ms. Goodwin)  You can answer it if you're able
 9   to.
10        A    See, I know she got it from talking to somebody in
11   the office and they directed her to, you know, to call that
12   Postmaster and had a meeting and she ended up with the job.
13        Q    Who did she work for?
14        A    She worked for, at the time, Jim Barton.  I was
15   over at the Far East.  She was over at the BMC and she
16   worked for Jim Barton at the time.
17        Q    So, the person who you think took -- discriminated
18   against you in this complaint which is Exhibit 1 was
19   Mr. Koestner?
20        A    Bob Koestner, yes.
21        Q    And was it Bob Koestner who was responsible for
22   Suzanne Bowes getting that job in Springfield, Vermont?
23        A    I couldn't honestly tell you that, unless he made
24   a phone call.
25        Q    So, you don't have any evidence to believe that
```

*APEX Reporting*
(617) 426-3077

1   Bob Koestner picked Suzanne Bowes to get that job in

2   Springfield, Vermont?

3        A    No, that would be the Postmaster in Springfield,

4   Vermont.

5        Q    And what's the basis of your belief that

6   Mr. Koestner didn't give you an opportunity to become a

7   supervisor without going through the ASP program because you

8   were an older male?

9        A    Well, he -- that's -- he did, when I first came

10  back, he said, I need a good supervisor, come back, I'll

11  make you a boss.  That's -- I was under the impression I was

12  going to go back as a boss, and then I was told, not him, by

13  somebody else first, that he doesn't have that authority.

14  Then after I met with Mr. Koestner he said, aw, you gotta

15  take the ASP program.

16       Q    What was your relationship with Mr. Koestner?

17       A    At the time, very good.  He was my immediate

18  supervisor years ago back in the '70s, and he became my tour

19  superintendent, and then he became my bulk mail manager, and

20  then when I went to Chicopee when I got -- in '92 when they

21  had the RIF, we were cutting back, he was my Postmaster.

22       Q    So, he's been good to you.

23            MR. PIKULA:  Objection.

24       Q    (by Ms. Goodwin)  Is it your perception that he's

25  treated you well?

**APEX Reporting**
(617) 426-3077

50

1    A    Back in those -- in the past, yes.

2    Q    And what about moving more currently?

3    A    That I don't know.

4    Q    And how has he treated -- how has Mr. Koestner

5  treated you badly?

6    A    Well, he made mention when I saw him one time

7  about, and talking about the ASP program, he made mention,

8  he says, I -- I'm not going to tell you anything because the

9  last time I talked to you I found myself in court, so, and I

10  said, I remember being there, Bob.  That was the last

11  conversation I had with him.

12    Q    What's the basis for your belief that Mr. Koestner

13  has discriminated against you based on your sex and your

14  age?

15    A    There was another ASP, his name was -- I believe

16  his name was Bill Crawley, he come out of the ASP program,

17  didn't like working for the Bulk Mail Center, was

18  transferred over to West Springfield, didn't like

19  West Springfield branch, quit, was gone for a total of 18

20  months, job he was at, private, fell through, and he called

21  up Bob Koestner.  Bob Koestner brought him back to

22  West Springfield as a supervisor with no repercussions.

23    Q    And this individual is a male?

24    A    And this individual is a male.  I believe he's

25  younger.