MAILED FIRST CLASS 4/10/02 [initials]

**UNITED STATES POSTAL SERVICE**

**EEO Complaint of Discrimination in the Postal Service**
(See Instructions and Privacy Act Statement on Reverse)

| # | Field | Entry |
|---|---|---|
| 1. | Name | David Poehler |
| 2. | SSN | 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 |
| 3. | Case No. | 1B-013-0031-02 |
| 4a. | Mailing Address | 29 Beauregard St. |
| 4b. | City, State and ZIP+4 | Indian Orchard, MA. 01151 |
| 5. | Email Address | |
| 6. | Home Phone | ( ) |
| 7. | Work Phone | (413) 785-6313 |
| 8. | Position Title | CLERK |
| 9. | Grade Level | PS-05 |
| 10. | Veteran's Preference Eligibility | ☒ Yes ☐ No |
| 11. | Installation Where You Believe Discrimination Occurred | SPRINGFIELD BMC, SPRINGFIELD, MA. 01152 |
| 12. | Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory | JAY PENNA, AL HEARN, MICHELLE COLLINS |
| 13a. | Name of Your Designated Representative | JOHN D. PETRIN |
| 13b. | Title | CO-WORKER |

**14. Type of Discrimination You Are Alleging**
☐ Race  ☐ Sex  ☐ Color  ☐ Age (40+)  ☐ Religion  ☒ Retaliation (Specify Prior EEO Activity):  ☐ National Origin  ☒ Disability (Specify): PHYSICAL & MENTAL

**15. Date on Which Alleged Act(s) of Discrimination Took Place**

**16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against...**

ON 2/9/02 THE AGENCY RESCINDED A PREVIOUS LETTER OF DECISION BUT DID NOT MAKE ME WHOLE. ON JAN. 25, 2002 THE AGENCY ISSUED ME A LETTER OF DECISION ON MY NOTICE OF PROPOSED REMOVAL. ALTHOUGH THE AGENCY RESCINDED THE LETTER OF DECISION I WAS NOT ALLOWED TO RETURN TO WORK UNTIL 2/14/02. MY REQUEST FOR 8 HOURS OF SICK LEAVE FOR 1/12/02 WAS DENIED. ON 1/10/02 THE INJURY COMPENSATION OFFICE RECEIVED MY CA-2 BUT AS OF 1/31/02 IT HAD NOT BEEN SENT TO OWCP IN BOSTON. ON 1/31/02 I REQUESTED AN EXPLANATION ON WHY MY CA-2 WAS NOT PROCESSED. I DID NOT RECEIVE A RESPONSE. SINCE ON OR ABOUT 2/13/02 THE AGENCY HAS FAILED TO GIVE ME REASONABLE ACCOMMODATIONS.

**17. What Remedy Are You Seeking to Resolve this Complaint?**

REMEDY - ALL RIGHTS AND BENEFITS TO WHICH I AM ENTITLED TO BY LAW AND/OR REGULATION.

**18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator?**
☒ Yes (Date you received the Notice of Final Interview): 3/27/02   ☐ No
Mailed via Cert. of Svc.

**19a. Signature of Dispute Resolution Specialist** Katherine D. Montague
**19b. Date** Formal Complaint Page 1 of 3

**20. Signature of Complainant or Complainant's Attorney** [signature]
**21. Date of this Complaint** 4-11-02

PS Form 2565, March 2001 (Page 1 of 2)

Formal Complaint Page 1 of 3