# Joseph Cabrera, Jr.

27 Mattoon Street
Springfield, MA 01105
(413) 781-2875
Fax (413) 732-1709
email: cabgia@aol.com

2004 MAY 12 P 3: 46



May 10, 2004

**VIA 1st Class Mail**
Attn: Robert S. Hylen
Manager, EEO Compliance and Appeals
Appeals Processing Center
6 Griffin Road North
Windsor, CT 06006-7052

Re:   Agency No.:     1B-012-0031-02
      Filed on :      04/06/2002
      Complainant:    David Poehler

Dear Mr. Hylen,

    Please be advised that this office represents Mr. David Poehler in regards to the above mentioned complaint. Your agency had not completed its investigation within the prescribed (180) days. As the agency has failed to do so as prescribed by 29 CFR, Part 1614, 108 (e), we request an immediate decision in accordance with 29 CFR, Part 1614, 110 (b). My client seeks a final agency decision so that we may file a civil action in Federal District Court

    Please feel free to contact this office with any questions. Thank you for your time and consideration in this matter,

Very truly yours,

Joseph Cabrera, Jr., Esq.

DICTATED BUT NOT READ
JCJR:mjh