# United States District Court
# District of Massachusetts

DAVID F. POEHLER
    PLAINTIFF

v.

CIVIL ACTION NO. 04-30192-MAP

JOHN E. POTTER, POSTMASTER
GENERAL, USPS
    DEFENDANT

### RESPONSE TO
### DEFENDANT'S FIRST SET OF INTERROGATORIES

The plaintiff, David F. Poehler, serves upon the defendant, John E. Potter, the following response to interrogatories pursuant to Fed. R. Civ. P. 33.

### INTERROGATORIES

1. State the basis of your claim of discrimination, i.e. whether it is based on age, sex, race, national origin, disability or retaliation.

   **ANSWER:**
   This complaint is based on discrimination on account of my disability (physical and emotional) and in retaliation for filing prior complaints. The lawsuit was filed September 27, 2004 after I received a notice dated June 25, 2004 on EEO No. 1B-012-0031-02, which claimed unlawful discrimination based on physical and mental disabilities and in retaliation for prior EEO activity, when (1) I was not made whole after the February 9, 2002 rescission of the Letter of Decision — Removal; (2) My requested sick leave for January 12, 2002 was denied; (3) I was not allowed to work during the period January 31, 2002 through February 14, 2002; (4) management delayed the processing of my OWCP Form CA-2 that I submitted on January 10, 2002, and my inquiries as to why the delay occurred were not answered in a reasonable time, and (5) I was denied a reasonable accommodation beginning February 13, 2002. In EEO case #1B-012-0035-02 I also complained about similar unlawful discrimination in the manner of handling of a claim for worker's compensation I filed.

2. If you are claiming discrimination based on a disability, state the following:

   a. the nature of the disability;
   b. the names and addresses of all health care practitioners who treated you for the condition causing the disability;

EXHIBIT 10
1·20·06