# United States District Court
# District of Massachusetts

**DAVID F. POEHLER**
    PLAINTIFF
v.

**CIVIL ACTION NO.** 04-30192-MAP

**JOHN E. POTTER, POSTMASTER GENERAL, USPS**
    DEFENDANT

  Now comes the Plaintiff, David Poehler, by counsel, and respectfully requests an extension of the time to file an opposition to the Motion for summary judgment filed on behalf of Defendants, until May 1, 2006.

  As grounds therefore, counsel states that additional time is needed to finalize the memorandum of law, due to vacation schedule and obligations on filing briefs in several other significant cases which, coincidentally, are due at approximately the same time.

  **CERTIFICATE OF CONSULTATION**

  I hereby certify that I have consulted with counsel Attorney Karen Goodwin co-counsel for Defendants, on or about April 14, 2006, and she indicated she would assent to this motion.

         Respectfully submitted,


       By:__/s/ Edward M. Pikula_____
        Edward M. Pikula, Esq.
        BBO#399770
        O'CONNOR, MARTINELLI, CULLINAN &
        PIKULA
        1391 Main Street – Suite 1022
        Springfield, Massachusetts 01103
        Telephone: (413) 781-5311
        Telefax: (413) 727-2706

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered on this 14th day of April 2006.

            /s/ Edward M. Pikula