UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID F. POEHLER,
        Plaintiff(s)

v.   CIVIL ACTION: 04cv30192-MAP

JOHN E. POTTER, POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for the Defendant pursuant to the endorsed order of the Court entered this date granting the Defendant's unopposed motion for Summary Judgment.**

        SARAH A. THORNTON,
        CLERK OF COURT

Dated: May 4, 2006        By  Elizabeth A. French
                Deputy Clerk

(Judgment Civil.wpd - 11/98)        [jgm.]

Case 3:04-cv-30192-MAP    Document 23    Filed 05/04/2006    Page 2 of 2