```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

DAVID POEHLER,                  )
                                )      NO. 04cv30192-MAP
            Plaintiff,          )
                                )
    v.                          )
                                )
JOHN E. POTTER, Postmaster      )
General,                        )
                                )
            Defendants.         )
                                )
```

### MOTION TO RESCHEDULE ORAL ARGUMENT
(Assented to)

The defendant, John E. Potter, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to reschedule the oral argument set for August 29, 2006, for the reason that counsel will be out of town and unable to appear in court on that date.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she conferred with the plaintiff's counsel and he assents to this motion.

WHEREFORE, the defendant respectfully requests that the oral argument on the summary judgment motion be rescheduled.

                            Respectfully submitted:

                            MICHAEL J. SULLIVAN
                            United States Attorney
                    By:
                            /s/Karen L. Goodwin
                            Karen L. Goodwin
                            Assistant U.S. Attorney
                            1550 Main Street
                            Springfield, MA 01103
                            413-785-0235

Dated:    August 24, 2006

<u>CERTIFICATION</u>

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        <u>/s/ Karen L. Goodwin</u>
                                        Karen L. Goodwin