UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID E. POEHLER,              )
          Plaintiff      )
                               )
          v.                   ) C.A. 04-30192-MAP
                               )
JOHN E. POTTER,                )
POSTMASTER GENERAL,            )
UNITED STATES         )
POSTAL SERVICE,                )
          Defendant     )

MEMORANDUM AND ORDER REGARDING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Dkt. No. 20)

October 4, 2006

PONSOR, D.J.

     Counsel appeared for argument on Defendant's Motion for

Summary Judgment on September 29, 2006.  At the close of the

argument, the court indicated it would be allowing

Defendant's motion.  The court's reasons were set out in

detail orally following argument.

     In summary, the evidence will not support any conclusion

by a factfinder that Plaintiff suffered an adverse

employment action based upon discrimination rooted in his

disability, or arising from his invocation of the anti-

discrimination statutes.  The record simply will not support

a claim either for substantive discrimination or for

retaliation.

     For the foregoing reasons, Defendant's Motion for

Summary Judgment (Dkt. No. 20) is hereby ALLOWED.  The clerk

will enter judgment for Defendant.  This case may now be

closed.

     It is So Ordered.

                /s/ Michael A. Ponsor
                MICHAEL A. PONSOR
                U. S. District Judge